Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

IRENE STEINBERG, Appellant, v. LOUIS STEINBERG, Respondent.— Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR BADER, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.; Dore, J., dissents and votes to affirm the judgment and the order.

ANNE UNTERMAN, Appellant, v. IRVING UNTERMAN et al., Respondents.— Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

MAX ZEITZ, Appellant, v. JACOB J. WECHSLER, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ.; Glennon, J., dissents and votes to reverse and order a new trial upon the ground that the verdict is against the weight of the credible evidence.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PALMLEASE CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting The Tax Commission of the City of New York, Respondents. [2274 Broadway, Borough of